Nos. 20-1897, 20-1983

IN THE

# United States Court of Appeals for the Federal Circuit

NITE GLOW INDUSTRIES INC., I DID IT, INC., MARNI MARKELL HURWITZ,
*Plaintiffs-Cross-Appellants*,

*v.*

CENTRAL GARDEN & PET COMPANY, FOUR PAWS PET COMPANY, DBA FOUR PAWS PRODUCTS, LTD.,
*Defendants-Appellants*.

On Appeal from the United States District Court for
the District of New Jersey
No. 2:12-cv-4047-KSH, Hon. Katharine S. Hayden

**DEFENDANTS-APPELLANTS' MOTION FOR
EXTENSION OF TIME TO FILE OPENING BRIEF**

Linda Gerard Harvey
Michael Harris Freeman
GREENBERG DAUBER EPSTEIN &
 TUCKER
Suite 600
1 Gateway Center
Newark, NJ 07102
(973) 643-3700

Steven Jay Grossman
GROSSMAN TUCKER PERREAULT &
 PFLEGER, PLLC
55 South Commercial Street
Manchester, NH 03101
(603) 668-6560

Melanie L. Bostwick
Elizabeth R. Cruikshank
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
1152 15th St. NW
Washington, DC 20005
(202) 339-8400

Abigail Colella
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

*Counsel for Defendants-Appellants*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Defendants-Appellants Central Garden & Pet Company and Four Paws Pet Company ("Central") respectfully request an extension of 45 days to file their opening brief in the above-captioned case, to and including September 28, 2020. Plaintiffs-Cross-Appellants have not consented to this motion.

In support of this motion, Central states the following:

**1.** Central's opening brief is currently due August 14, 2020. A 45-day extension would cause Central's opening brief to be due September 28, 2020.

**2.** This motion is being filed at least seven calendar days before the original due date for the brief.

**3.** Good cause supports this request for an extension. This extension is made necessary by the additional time and effort required to coordinate preparation of Central's opening brief while counsel are working remotely under the policy established for outside counsel's U.S. offices in response to concerns about the spread of COVID-19.

**4.** This extension is also made necessary by the press of other matters. Along with ongoing obligations in multiple matters,

undersigned counsel has a response brief and opening cross-appeal brief due July 17, 2020 in *Apple Inc. v. Uniloc 2017*, Nos. 2020-1306, 2020-1317, 2020-1326, 2020-1352 (Fed. Cir.); a response brief due July 24, 2020 in *Uniloc 2017 LLC v. Apple Inc.*, No. 2020-1318 (Fed. Cir.); a reply brief due August 25, 2020 in *The Chamberlain Group, Inc. v. Techtronic Industries Co.*, No. 19-1299 (S. Ct.); an opening brief due August 31, 2020 in *Juno Therapeutics, Inc. v. Kite Pharma*, No. 20-1758 (Fed. Cir.); and a reply brief and cross-response brief due August 31, 2020 in *Micron Technology, Inc. v. North Star Innovations, Inc.*, Nos. 20-1303, 20-1402 (Fed. Cir.).

**5.**  This is Central's first request for an extension of the deadline to file its opening brief.

**6.**  Counsel for Central have consulted with counsel for Plaintiffs-Cross-Appellants.  Plaintiffs-Cross-Appellants stated that they would not consent to any extension of more than 14 days.

**7.**  For the foregoing reasons, Central respectfully requests that the Court grant it a 45-day extension of the deadline to file its opening brief, to and including September 28, 2020.

Date:  July 17, 2020

Respectfully submitted,

*/s/ Melanie L. Bostwick*

Melanie L. Bostwick
Elizabeth R. Cruikshank
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1151 15th St. NW
Washington, DC 20005
(202) 339-8400

Abigail Colella
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Linda Gerard Harvey
Michael Harris Freeman
GREENBERG DAUBER EPSTEIN &
  TUCKER
Suite 600
1 Gateway Center
Newark, NJ 07102
(973) 643-3700

Steven Jay Grossman
GROSSMAN TUCKER PERREAULT &
  PFLEGER, PLLC
55 South Commercial Street
Manchester, NH 03101
(603) 668-6560

*Counsel for Defendants-Appellants*

# DECLARATION

Pursuant to 28 U.S.C. 1746 and Federal Circuit Rule 26(b)(5), I declare under penalty of perjury that the statements in the foregoing motion are true and correct.

Executed on July 17, 2020  
in Washington, DC

Respectfully submitted,

*/s/ Melanie L. Bostwick*

Melanie L. Bostwick  
ORRICK, HERRINGTON &  
  SUTCLIFFE LLP  
1151 15th St. NW  
Washington, DC 20005  
(202) 339-8400

*Counsel for Defendants-Appellants*

FORM 9. Certificate of Interest                                        Form 9 (p. 1)
                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2020-1897, 2020-1983 |
| **Short Case Caption** | Nite Glow Industries Inc. v. Central Garden & Pet Co. |
| **Filing Party/Entity** | Central Garden & Pet Company, Four Paws Pet Company d/b/a Four Paws Products |

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/17/2020        Signature: /s/ Melanie L. Bostwick

                        Name: Melanie L. Bostwick

FORM 9. Certificate of Interest  Form 9 (p. 2)
July 2020

| 1. Represented Entities.  Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.  Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.  Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
| ☐ None/Not Applicable | ☐ None/Not Applicable | ☐ None/Not Applicable |
| Central Garden & Pet Company | n/a | None |
| Four Paws Pet Company d/b/a Four Paws Products | n/a | Central Garden & Pet Company |

☐  Additional pages attached

FORM 9. Certificate of Interest    Form 9 (p. 3)
July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| Russell S. Burnside (Greenberg Dauber Epstein & Tucker) | | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |

FORM 19. Certificate of Compliance with Type-Volume Limitations | Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2020-1897, 2020-1983

**Short Case Caption:** Nite Glow Industries Inc. v. Central Garden & Pet Co.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __357__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 07/17/2020     Signature: /s/ Melanie L. Bostwick

Name: Melanie L. Bostwick